# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

BRANDON LEE NEMETH,

    Plaintiff,

v.                        CASE NO. 5:12cv382-RH/CJK

C. BRANNON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 29. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is DISMISSED without prejudice under Fed.R.Civ.P. 41(a)(1)(A)(i). The clerk must close the file.

SO ORDERED on July 30, 2013.

                        s/Robert L. Hinkle
                        United States District Judge